**96–2122.   Smith v. Ohio Dept. of Human Serv.**

Clermont App. No. CA96–05–045.   On motion for stay of June 12, 1996 court of appeals' decision. Motion denied.

**96–2124.   State v. King.**

Lorain App. No. 94CA005809.   On motion for leave to file delayed appeal.   Motion denied.

COOK and STRATTON, JJ., dissent.

**96–2128.   Cincinnati v. Robinson.**

Hamilton App. No. C–960386.   On motion for stay of the court of appeals' judgment.   Motion denied.

**96–2129.   Cincinnati v. Robinson.**

Hamilton App. No. C–960385.   On motion for stay of the court of appeals' judgment.   Motion denied.

**96–2210.   State v. Powell.**

Cuyahoga App. No. 69449.   The cause is pending as a discretionary appeal and a claimed appeal of right from the Court of Appeals for Cuyahoga County.   On October 10, 1996, appellant filed a motion to amend an error in his memorandum in support of jurisdiction.   Whereas appellant's motion is prohibited by S.Ct.Prac.R. III(3)(C),

IT IS ORDERED by the court, *sua sponte,* that the motion to amend memorandum in support of jurisdiction be, and hereby is, stricken.

